# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT FERRIS, JODI FERRIS, and A.F., a minor, by her parents, | : : : | |
| Plaintiffs, | : : | No. 1:12-cv-0442 |
| v. | : : : | Hon. John E. Jones III |
| MILTON S. HERSHEY MEDICAL CENTER; CAITLIN J. MALLIS, M.D., IAN M. PAUL, M.D., and JOHN DOE, M.D., physicians; JANE DOE, R.N., JANET DOE, R.N., registered nurses; JOHN ROE and JANE ROE, hospital staff members; JANET ROE and JACK ROE, risk management personnel, personally and in his official capacity; OFFICER RIAN BELL and OFFICER JAKE ROE, Derry Township police officers, and ANGELICA LOPEZ-HEAGY, social worker, personally and in her official capacities; and DAUPHIN COUNTY SOCIAL SERVICES FOR CHILDREN AND YOUTH, | : : : : : : : : : : : : : : : : : | |
| Defendants. | : | |

## ORDER

**September 29, 2016**

Presently before this Court are a Motion for Summary Judgment filed by Defendant Angelica Lopez-Heagy (doc. 100) and a Motion for Summary Judgment filed by Ian M. Paul, M.D. and Caitlin J. Mallis, M.D. (Doc. 103). In conformity

with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendant Angelica Lopez-Heagy's Motion for Summary Judgment (doc. 100) is **GRANTED** in its entirety.

2. Defendants Ian M. Paul and Caitlin J. Mallis's Motion for Summary Judgment (doc. 103) is **GRANTED** in its entirety.

3. The Clerk of the Court **SHALL CLOSE** the file on this case

    s/ John E. Jones III  
    John E. Jones III  
    United States District Judge